[No. 69837-1-I.   Division One.   April 21, 2014.]

LANE POWELL PC, *Respondent*, v. MARK DECOURSEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-34596-3, Richard D. Eadie, J., entered December 14, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Lau, JJ.

[No. 69842-7-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04115-2, Mary I. Yu, J., entered January 24, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 69843-5-I.   Division One.   April 21, 2014.]

WILLIE RUSSELL ET AL., *Appellants*, v. CARLEEN MATSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-09744-7, Richard T. Okrent, J., entered January 7, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 69849-4-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WAYNE FOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09716-0, Jay V. White, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ.